IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02060-RBJ-MEH

JARELL N. BROOKS,

    Plaintiff,

v.

CENTURY THEATRES, INC. d/b/a Century Aurora 16,

    Defendant.

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE

This matter comes before the Court on Defendant's Unopposed Motion to Consolidate. The Court, having reviewed the Motion and being otherwise advised in the premises, **FINDS** good cause for consolidation of this case with the related cases for purposes of discovery and motions practice. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that this case be consolidated with the following cases for purposes of discovery and motions practice: *Traynom*, 1:12-cv-02514; *Nowlan*, 1:12-cv-02517; *Rosborough*, 1:12-cv-02687; *Jackson*, 1:12-cv-02704; *Medek*, 1:12-cv-02705; *Sullivan*, 1:12-cv-02900; *Spruel,* 1:13-cv-00045; *Gravelly*, 1:13-cv-00046; *Johnson*, 1:13-cv-00114; and *Golditch*, 1:13-cv-01842.

All motions, notices, and other filings related to the consolidated action shall be filed in the lowest-numbered case, *Traynom*, 1:12-cv-02514. Orders issued therein shall constitute the law of the case, applicable to all of the related cases consolidated through

1

2

this order. Also, orders issued in *Traynom*, 1:12-cv-02514, prior to the date of this Order will apply equally to Plaintiff Brooks.

DATED this 1st day of October, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge